IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

Evelyn Mann,

    *Plaintiff,*

v.

Progressive Direct Insurance Company,
a foreign corporation

    *Defendant.*
_____/

CIVIL ACTION
DOCKET NO. 25-675

**COMPLAINT**

Plaintiff, Evelyn Mann, sues Defendant, Progressive Direct Insurance Company and Kyndra Caslin and states as follows:

## COUNT I.
### GENERAL ALLEGATIONS AS TO DEFENDANTS

1. That during all material times, Plaintiff, Evelyn Mann and Defendant, Kyndra Caslin were residents of and domiciled in Bennington, Bennington County, Vermont.

2. That during all material times hereto, the Defendant, Progressive Direct Insurance Company (hereinafter "Progressive" was a foreign corporation which during all material times was authorized to do business and was doing business in the State of Vermont.

3. That on or about the 19th day of May, 2023, Plaintiff, Evelyn Mann, was involved in an automobile accident in the town of White Creek, State of New York in a car owned by Plaintiff, Evelyn Mann and being driven by Defendant Kyndra Caslin,

4. That, more particularly, on or about the 19th day of May, 2023, Plaintiff, Evelyn Mann, was a passenger in a motor vehicle traveling on County Road 68 in the Town

of White Creek, New York.

5. That at the time and place aforesaid, Kyndra Caslin, was the operator of the vehicle and lost control of the vehicle after hitting the gas instead of the brake while going around a curve on County Road 68 as aforestated and went off the shoulder of the road traveling down a ditch, striking a culvert and overturning the vehicle.

6. That the accident was not Plaintiff's fault and was the fault of the driver, Defendant, Kyndra Caslin.

7. That as a direct and proximate result of Defendant, Kyndra Caslin's negligence as aforesaid, Plaintiff, Evelyn Mann, suffered inter alia, a serious head injury, back injuries, and multiple injuries to her body and was rendered sick, sore, and otherwise disabled, and as a direct and proximate result thereof, Plaintiff, Evelyn Mann, has in the past suffered and will in the future suffer great pain and anguish of body and mind.

8. That as a further direct and proximate result of Defendant, Kyndra Caslin's negligence as aforesaid, Plaintiff, Evelyn Mann, has in the past undergone and will in the future undergo painful and extensive medical care and treatment and has in the past incurred and will in the future incur medical bills and expenses attendant to her injuries as aforesaid.

9. That as a further direct and proximate result of Defendant, Kyndra Caslin's negligence as aforesaid, Plaintiff, Evelyn Mann, has in the past and will in the future sustain a loss of earnings and earning capacity.

## COUNT II.
## LIABILITY OF DEFENDANT PROGRESSIVE - BREACH OF CONTRACT

10. Plaintiff, Evelyn Mann, hereby incorporates each and every paragraph contained in Count I herein, paragraphs one through nine as though fully set forth at length.

11. That pursuant to a contract of insurance with Defendant, Progressive Direct Insurance Company, Plaintiff, Evelyn Mann is entitled to benefits thereunder including, but not limited to, liability coverage, uninsured motorist coverage and medical payments benefits.

12. That Defendant has failed and refused to pay the said benefits and has otherwise failed to perform pursuant to the said contract of insurance.

13. That Defendant, Progressive maintained a policy of $250,000/$500,000 for liability claims and $250,000/$500,000 for uninsured motorist coverage.

14. That Defendant, Progressive paid its full policy liability limits of $500,000 to claimants other than Evelyn Mann and exhausted its liability limits and closed its file without recognizing or protecting the interest of Plaintiff, Evelyn Mann and there are no funds remaining under the liability policy, thereby denying the claim Plaintiff, Evelyn Mann to her detriment, in violation of her insurance agreement with Defendant, Progressive.

## COUNT III.
## NEGLIGENCE OF DEFENDANT PROGRESSIVE

15. Plaintiff hereby incorporates each and every paragraph of Counts I and II herein as though same were fully set forth at length herein.

16. That Plaintiff, Evelyn Mann was entitled to liability benefits under her policy of insurance with Defendant Progressive, but was deprived of same by Defendant,

Progressive through its agents, servants, and employees negligent actions in exhausting the liability policy without taking into account Plaintiff, Evelyn Mann's claim and is entitled to damages thereby.

## COUNT IV.
### TORTIOUS INTERFERENCE WITH CONTRACT AGAINST DEFENDANT PROGRESSIVE

17. Plaintiff hereby incorporates each and every paragraph of Counts I, II and III herein as though same were fully set forth at length herein.

18. That a contact of insurance existed between Plaintiff, Evelyn Mann and Defendant Progressive, as aforesaid.

19. That Defendant Progressive was aware of the said contract of insurance yet intentionally exhausted all available funds in disregard of the said contract, thereby depriving Plaintiff, Evelyn Mann of the benefits thereunder to her detriment.

## COUNT V.
### CLAIM FOR UNINSURED MOTORIST BENEFITS

20. Plaintiff hereby incorporates each and every paragraph of Counts I, II, and III, herein as though same were fully set forth at length herein.

21. That, as a result of Defendant, Progressive's actions in exhausting the liability policy, as aforestated, Plaintiff, Evelyn Mann, was left uninsured and is thereby entitled to uninsured motorist benefits pursuant to the said policy in the amount of $250,000.

WHEREFORE, Plaintiff, Evelyn Mann, demands judgment against Defendant Progressive Direct Insurance Company, a foreign corporation for damages in the amount of the insurance policy limits of $250,000 plus statutory interest, punitive damages and costs

and for such other relief that the Court deems just.

## DEMAND FOR JURY TRIAL

The Plaintiff in the above-styled cause hereby demand a trial by jury of all issues triable by right.

Dated at Bennington, Vermont this 29th day of July, 2025.

>WINBURN LAW OFFICES
>Attorneys for Plaintiff
>409 Main Street
>Bennington, Vermont 05201
>Telephone: (802) 447-0100
>Email: Winburn@sover.net
>
>By: _____
>D. PATRICK WINBURN